# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00204-CV

**Shanon Quinette Sims, Appellant**

**v.**

**Distressed Asset Solutions Fund I, LLC, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-14-007163, HONORABLE TODD T. WONG, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Shanon Quinette Sims has filed an unopposed motion to dismiss the appeal, stating that the parties have reached a settlement agreement and she no longer wishes to pursue the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Cindy Olson Bourland, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Appellant's Motion

Filed: October 20, 2015